## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| THE OHIO STATE UNIVERSITY, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-01092 |
| | : | |
| v. | : | |
| | : | Judge Algenon L. Marbley |
| REDBUBBLE, INC., | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims in this action WITH PREJUDICE

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin T. Shook* | */s/ Gerhardt A. Gosnell II* |
| Kevin T. Shook, Trial Attorney (0073718) | James E. Arnold, *Trial Attorney* (0037712) |
| Samantha M. Quimby (0081968) | Gerhardt A. Gosnell II  (0064919) |
| FROST BROWN TODD LLC | JAMES E. ARNOLD & ASSOCIATES, LPA |
| 10 W. Broad Street, Suite 2300 | 115 W. Main St., Fourth Floor |
| Columbus, Ohio 43215 | Columbus, Ohio  43215 |
| Telephone:  (614) 464-1211 | Telephone:  (614) 460-1600 |
| Facsimile:  (614) 464-1737 | Facsimile:  (614) 469-1093 |
| Email:  kshook@fbtlaw.com | Email:  jarnold@arnlaw.com |
| squimby@fbtlaw.com | ggosnell@arnlaw.com |
| schappelear@fbtlaw.com | |
| | |
| *Attorneys for Plaintiff* | Kenneth B. Wilson (*pro hac vice*) |
| *The Ohio State University* | COASTSIDE LEGAL |
| | 455 1st Avenue |
| | Half Moon Bay, CA 94019 |
| | Telephone: (650) 440-4211 |
| | Email: ken@coastsidelegal.com |
| | |
| | *Counsel for Defendant Redbubble, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 3, 2022, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed with the Court using the Clerk of Court's electronic filing system, which will send notice of this filing to all parties that have entered an appearance in this matter.

*/s/ Kevin T. Shook*
Kevin T. Shook, Trial Attorney (0073718)

0104751.0710768   4869-5900-0867v3